JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINA JIMENEZ,<br><br>    Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 to 50,<br><br>    Defendants. | No. 2:20-CV-09866 JAK (JEMx)<br><br>[San Luis Obispo County Superior Court Case No. 20CV-0495]<br><br>**ORDER RE STIPULATION TO REMAND AND CAP DAMAGES (DKT. 12)** |

Based on a review of the parties' Stipulation to Remand and Cap Damages (the "Stipulation" (Dkt. 12)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED** as follows:

1. This action shall be immediately remanded to the San Luis Obispo County Superior Court, where the parties to the Stipulation have agreed that Plaintiff Martina Jimenez shall not recover more than $74,999.99.

2. All pending deadlines and hearings in this Court are vacated.

**IT IS SO ORDERED.**

Dated: December 30, 2020

John A. Kronstadt
United States District Judge